IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANIELLE MOORE, on behalf of
Herself and all those similarly situated,

    Plaintiff,                                    Civil Action No.
                                                1:13-CV-1291-SCJ

v.

VALET WASTE, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Danielle Moore, and Defendant Valet Waste, LLC, and stipulate that the above-styled action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). All parties shall bear their own costs and expenses of litigation with respect to this action.

DATED this 12th day of July, 2013.

| | |
|---|---|
| s/Michael B. Weinstein | s/Patricia G. Griffith |
| Michael B. Weinstein | Patricia G. Griffith |
| MBW Law, LLC | Georgia Bar No. 311928 |
| 949 Image Avenue – Suite B | FORD & HARRISON LLP |
| Atlanta, Georgia 30318 | 271 17th Street, NW, Suite 1900 |
| Telephone: (404) 228-2629 | Atlanta, GA 30363 |
| Facsimile: (404) 231-0613 | Telephone: (404) 888-3800 |
| mike.weinstein@mbwlaw.net | Facsimile: (404) 888-3863 |
| | Email: pgriffith@fordharrison.com |
| Attorney for Plaintiff | |
| | Attorneys for Defendant |
| | Valet Waste, LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANIELLE MOORE, on behalf of
Herself and all those similarly situated,

    Plaintiff,                                Civil Action No.
                                              1:13-CV-1291-SCJ

v.

VALET WASTE, LLC,

    Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12th, 2013, he electronically filed the Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to the following attorneys of record:

                                  Patricia G. Griffith
                                  Ford & Harrison LLP
                                  271 17th Street, NW, Suite 1900
                                  Atlanta, GA  30309

                                  s/Michael B. Weinstein